HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

E-filing FILED

JUL 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARON M. COWAN,            )  Civil No. 07-01136 MJJ
                           )
        Plaintiff,         )
v.                         )
                           )  STIPULATION AND ORDER
MICHAEL J. ASTRUE,         )
Commissioner,              )
Social Security Administration, )
                           )
        Defendant.         )
                           )
_____)

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, August 24, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: July 11, 2007 | /s/<br>MICHAEL A. CABOTAJE<br>Special Assistant U.S. Attorney |
| Dated: July 11, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>BARON M. COWAN |

IT IS SO ORDERED.

Dated: 7/13/07

HON. MARTIN J. JENKINS
United States District Judge

2

STIPULATION AND ORDER