HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON M. COWAN,<br><br>   Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>   Defendant. | Civil No. 07-01136 MJJ<br><br>STIPULATION AND ORDER |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Monday, September 24, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by two factors: (a) Plaintiff's counsel only recently returned to work after medical leave, and (b) the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

SCOTT N. SCHOOLS
United States Attorney

Dated: August 23, 2007

/s/
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

Dated: August 23, 2007

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
BARON M. COWAN

IT IS SO ORDERED.

Dated:   9/7/07

IT IS SO ORDERED
Judge Martin J. Jenkins

STIPULATION AND ORDER

2